IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 15-cv-00402-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID M. COOK,
JILL KLANCKE COOK,
OPTION ONE MORTGAGE CORPORATION,
JANET L. BARNES, representative of the estate of Elvera Good,
ROBERT H. SIMPSON,
STATE OF COLORADO, DEPARTMENT OF REVENUE, and
ARAPAHOE COUNTY, COLORADO,

    Defendants,

JEFFREY B. GOOD,

    Defendant-Intervenor.

## ORDER OF DISMISSAL OF PARTY

The Disclaimer of Interest and Unopposed Motion to Dismiss filed by Defendant Option One Mortgage Corporation [filed June 2, 2015; docket #25] is **granted**. Defendant Option One Mortgage Corporation is dismissed from this action with prejudice with each party to pay its own attorney's fees and costs. The Clerk of the Court is directed to remove this Defendant from the caption.

Dated at Denver, Colorado this 6th day of July, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

2