IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 15-cv-00402-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID M. COOK,
JILL KLANCKE COOK,
JANET L. BARNES, representative of the estate of Elvera Good,
ROBERT H. SIMPSON,
STATE OF COLORADO, DEPARTMENT OF REVENUE, and
ARAPAHOE COUNTY, COLORADO,

    Defendants,

JEFFREY B. GOOD,

    Defendant-Intervenor.

## ORDER OF DISMISSAL OF PARTIES

Before the Court are a Stipulation of United States and State of Colorado, Department of Revenue [docket #42] and a Stipulation of United States and Robert H. Simpson [docket #43]. The Court finds the terms of the Stipulations just. Pursuant to these stipulations and Fed. R. Civ. P. 21, Defendants State of Colorado, Department of Revenue and Robert H. Simpson are dismissed from this action. The Clerk of the Court is directed to remove these Defendants from the caption.

Dated at Denver, Colorado this 7th day of July, 2015.

        BY THE COURT:

        *Michael E. Hegarty*

        Michael E. Hegarty
        United States Magistrate Judge