IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00402-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID M. COOK,
JILL KLANCKE COOK,
JANET L. BARNES, representative of the estate of Elvera Good, and
ARAPAHOE COUNTY, COLORADO,

    Defendants,

JEFFREY B. GOOD,

    Defendant-Intervenor.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 15, 2015.**

    Plaintiff's Motion for Leave to File Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) [filed July 15, 2015; docket #46] is **denied without prejudice** for Plaintiff's failure to comply with D.C. Colo. LCivR 15.1(b).[1]

---

[1] Plaintiff's counsel certified that he did not know the Defendants' positions on this motion at the time of filing; accordingly, the Court assumes it may be opposed.