IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00402-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID M. COOK,
JILL KLANCKE COOK,
JANET L. BARNES, representative of the estate of Elvera Good, and
ARAPAHOE COUNTY, COLORADO,

      Defendants,

JEFFREY B. GOOD,

      Defendant-Intervenor.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 17, 2015.**

      In the interest of justice and for good cause shown, Plaintiff's Renewed Motion for Leave to File Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) [filed July 16, 2015; docket #48] is **granted**. Plaintiff shall file its Amended Complaint (currently located at docket #48-2) on or before July 22, 2015. Defendants shall file answers or other responses to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).