IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil No. 1:15-cv-00402-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

DAVID M. COOK;
JILL KLANCKE COOK;
JANET L. BARNES, Representative of the Estate of Elvera Good;
ARAPAHOE COUNTY, COLORADO;
WELLS FARGO BANK, N.A., as Trustee for Option One Mortgage Loan Trust 2000-A, Asset-Backed Certificates, Series 2000-A; and
JEFFREY B. GOOD, Trustee of the GOOD EXEMPT CHILDREN'S TRUST

      Defendants,

JEFFREY B. GOOD,

      Defendant-Intervenor.

## ORDER

This matter is before the Court on the Stipulation (docket #58) between the United States, Janet L. Barnes, Representative of the Estate of Elvera Good, Arapahoe County, Colorado, Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2000-A, Asset-Backed Certificates, Series 2000-A, Jeffrey B. Good, as Trustee of the Good Exempt Children's Trust, and Jeffrey B. Good, individually. The Court has considered the Stipulation and is otherwise fully informed.

Pursuant to the Stipulation, IT IS HEREBY ORDERED:

(1) The Stipulation between the United States, Janet L. Barnes, Representative of the Estate of Elvera Good, Arapahoe County, Colorado, Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2000-A, Asset-Backed Certificates, Series 2000-A, Jeffrey B. Good, as Trustee of the Good Exempt Children's Trust, and Jeffrey B. Good, individually, is APPROVED;

(2) If the United States obtains an Order of Foreclosure and Judicial Sale of the real property at issue in this action, it shall submit to the Court a proposed order of sale consistent with the terms of the Stipulation;

(3) Defendant Janet L. Barnes, Representative of the Estate of Elvera Good, and Intervenor/Defendant Jeffrey B. Good, individually, are hereby dismissed from this action;

(4) The parties to this stipulation shall each bear their own costs.

Dated at Denver, Colorado, this 11th day of March, 2016.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge