IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:15-cv-00402-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

DAVID M. COOK;
JILL KLANCKE COOK;
ARAPAHOE COUNTY, COLORADO;
WELLS FARGO BANK, N.A., as Trustee for Option One Mortgage Loan Trust 2000-A,
Asset-Backed Certificates, Series 2000-A; and
JEFFREY B. GOOD, Trustee of the GOOD EXEMPT CHILDREN'S TRUST;

      Defendants.

---

**ORDER**

---

This matter is before the Court on the Stipulation to Judgment and Motion to Vacate all Case Deadlines between the United States, David M. Cook, and Jill Klancke Cook. Having considered the Stipulation, IT IS HEREBY ORDERED that the Stipulation (docket #59) is APPROVED and a Judgment in favor of the United States and against David M. Cook and Jill Klancke Cook shall follow.

IT IS FURTHER ORDERED that the Joint Motion is GRANTED and all pending deadlines in this case are stayed. The parties shall coordinate and contact Chambers no later than September 12, 2016 to schedule a telephonic scheduling/status conference on or after October 4, 2016.

Dated at Denver, Colorado, this 11th day of March, 2016.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge